DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**27 MARCH 2003**

| No. 79P03<br><br>Case below:<br><br>155 N.C. App. 436 | Brown v. N.C. Div. of Motor Vehicles | Plt's PDR Under N.C.G.S. § 7A-31 | Denied<br>**02/27/03** |
|---|---|---|---|
| No. 117P03<br><br>Case below:<br><br>155 N.C. App. 652 | Campbell v. N.C. Dep't of Transp. | Respondent-Appellant's PDR Pursuant to N.C.G.S. § 7A-31 (COA02-81) | Denied |
| No. 046P03<br><br>Case below:<br><br>155 N.C. App. 225 | County of Wake v. N.C. Dep't Env't & Natural Res. | 1. Respondents' (Franks and Schifano et al.) and Respondent-Intervenor's (Town of Holly Springs) PDR Under N.C.G.S. § 7A-31 (COA01-847)<br><br>2. Petitioner's Conditional PDR as to Additional Issues<br><br>3. Respondent-Appellant Jerry Franks' PDR Under N.C.G.S. § 7A-31<br><br>4. Petitioner's Motion to Strike PDR | 1. Denied<br><br>2. Dismissed as Moot<br><br>3. Denied<br><br>4. Denied |
| No. 581A02<br><br>Case below:<br><br>153 N.C. App. 413 | Holcomb v. Colonial Assocs., L.L.C. | 1. Plt's NOA Based Upon a Dissent (COA01-1067)<br><br>2. Plt's PDR as to Additional Issues<br><br>3. Defs' Conditional PDR as to Additional Issues | 1. —<br><br>2. Denied<br><br>3. Dismissed as Moot |
| No. 077P03<br><br>Case below:<br><br>155 N.C. App. 200 | Howard v. Vaughn | Several Defs' (Vaughn, Watkins, Dilworth Surgical Group, P.A. o/k/a Dilworth Surgical Specialists, P.A.) PDR Under N.C.G.S. § 7A-31 (COA02-28) | Denied |
| No. 050P03<br><br>Case below:<br><br>154 N.C. App. 698 | Huntley v. Howard Lisk Co. | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-75) | Denied |
| No. 122P03<br><br>Case below:<br><br>154 N.C. App. 520 | Icardi v. Celeris Corp. | Defs' PWC to Review the Decision of the COA (COA01-988) | Denied |
| No. 100P03<br><br>Case below:<br><br>155 N.C. App. 408 | In re Request for Declaratory Ruling by the Envtl. Mgmt. Comm'n | Plts' PDR Under N.C.G.S. § 7A-31 (COA02-99) | Denied |